

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-91,234-01, WR-91,234-02, WR-91,234-03 & WR-91,234-04

### EX PARTE THADDEUS ANTHONY GUERRA, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 12,909-A, 12,910-A, 12,911-A & 12,949-A
### IN THE 32ND DISTRICT COURT
### FROM NOLAN COUNTY

*Per curiam*.

### O R D E R

Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The records forwarded to this Court after a July 22, 2020 remand order appear, however, to be incomplete. Though the trial court's findings of fact rely on an affidavit from counsel, that affidavit is missing

from the records.

The district clerk shall either forward to this Court affidavit of Attorney Audie M. Reese or certify in writing that this document is not part of the records. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: October 19, 2020
Do not publish